# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

David J. Byrne, Esquire
Ansell Grimm & Aaron, PC
214 Carnegie Center, Suite 112
Princeton, NJ 08540
609-751-5551
djb@ansellgrimm.com
Attorney for Creditor, Contemporary Villages Condominium Association, Inc.

---

In Re:

RICHARD GREAVES

Case No. 18-14407

Chapter 13

Judge: Jean K. FitzSimon

---

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of CONTEMPORARY VILLAGES CONDOMINIUM ASSOCIATION, INC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    214 Carnegie Center, Suite 112
Princeton, NJ 08540

DOCUMENTS:

X  All notices entered pursuant to Fed. R. Bankr. P. 2002.

X  All documents and pleadings of any nature.

/s/ David J. Byrne
Date: July 17, 2018                By:_____
David J. Byrne, Esquire