## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Richard B. Greaves<br>　　　　　　　　Debtor(s)<br><br>Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Richard B. Greaves<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-14407 jkf<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Stipulation of Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA, which was filed with the Court on or about **November 2, 2018 Docket No. 27**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322

November 6, 2018