| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br>**ANSELL GRIMM & AARON, P.C.**<br>David J. Byrne, Esq.<br>214 Carnegie Center, Suite 112<br>Princeton, New Jersey 08540<br>Telephone: (609) 751-5551<br>E-mail: djb@ansellgrimm.com<br>*Attorneys for Contemporary Villages Condominium Association, Inc.* | |
| In re:<br><br>RICHARD B. GREAVES,<br><br>　　　　　　　Debtor. | Case No. 18-14407<br><br>Chapter 13<br><br>Hearing Date: December 12, 2018<br><br>Judge: Jean K. FitzSimon |

## NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 24

**PLEASE TAKE NOTICE** that the Contemporary Villages Condominium Association, Inc. hereby withdraws its Objection to Debtors' Amended Chapter 13 Plan [Docket Entry Number 24], which was filed with the Court on October 16, 2018.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**ANSELL GRIMM & AARON, P.C.**
　　　　　　　　　　　　　　　　　*Attorneys for Contemporary Villages Condominium Association, Inc.*

　　　　　　　　　　　　　　　　　BY:  */s/ David J. Byrne*
　　　　　　　　　　　　　　　　　　　　David J. Byrne, Esquire

DATED: December 11, 2018