UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: RICHARD GREAVES<br>　　　　　　　　　　Debtor | BANKRUPTCY CASE<br>NO.: 18-14407-jkf |
| Branch Banking and Trust Company<br>　　　　　　　　　　Movant<br>　v.<br>Richard Greaves<br>　　　　　　　　　　Respondent | CHAPTER 13 |

### CERTIFICATION OF NO RESPONSE and
### REQUEST FOR ENTRY OF STAY RELIEF ORDER

I, Peter E. Meltzer, counsel for Branch Banking and Trust Company, hereby certify that:

1. On August 7, 2019, I caused to be served on the Debtor, Debtor's counsel and the Trustee the Motion of Movant for Stay Relief in the above matter, a proposed form of Order and the Notice of Response Deadline and Hearing Date.   I filed a Certificate of Service with the Court on the same date indicating service of the above documents on the above individuals.

2. Under the Notice of Motion, a response was due on or before August 26, 2019.

3. A hearing on Movant's Motion is scheduled for August 28, 2019.

4. No response was filed by the Debtor to the Motion as of the date hereof.

5. Based on the foregoing, it is hereby respectfully requested that Movant's Motion for Relief from Stay be granted.

**WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY, LLP**

Dated: August 27, 2019          /s/    PETER E. MELTZER
Peter E. Meltzer, Esquire
2000 Market Street, 13th Floor
Philadelphia, PA 19103
267-295-3363
Attorneys for Movant