# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: RICHARD GREAVES | CASE NO. 18-14407 |
| Debtor | |
| | CHAPTER 13 |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this 28th day of August, 2019, upon consideration of the Motion of Branch Banking and Trust Company ("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to take all necessary action to exercise its rights and remedies under its loan documents with the Debtor and under applicable law with respect to that certain 2018 Mitsubishi Outlander owed by the Debtor.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

_____
Hon. Jean K. FitzSimon          , U.S.B.J.