United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14407-jkf
Richard B. Greaves                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith           Page 1 of 1           Date Rcvd: Aug 29, 2019
                          Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db            +Richard B. Greaves,    100 E. Glenolden Avenue, Unit U-10,    Glenolden, PA 19036-2242
cr            +U.S. Bank National Association, as trustee, on beh,    c/o REBECCA ANN SOLARZ,
               710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
cr            +Wells Fargo Bank, N.A., as Trustee for First Frank,    c/o KEVIN G. MCDONALD,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:
      ANDREW M. LUBIN    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 alubin@milsteadlaw.com, bkecf@milsteadlaw.com
      DAVID JON BYRNE    on behalf of Creditor    Contemporary Villages Condominium Association djb@ansellgrimm.com, rbl@ansellgrimm.com
      KEVIN G. MCDONALD    on behalf of Defendant    WELLS FARGO BANK, N.A bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA bkgroup@kmllawgroup.com
      PETER E. MELTZER    on behalf of Creditor    Branch Banking & Trust bankruptcy@wglaw.com, ibernatski@wglaw.com
      REBECCA ANN SOLARZ    on behalf of Defendant    WELLS FARGO BANK, N.A bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
      ZACHARY  PERLICK    on behalf of Plaintiff Richard B. Greaves Perlick@verizon.net, pireland1@verizon.net
      ZACHARY  PERLICK    on behalf of Debtor Richard B. Greaves Perlick@verizon.net, pireland1@verizon.net
                                                                   TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: RICHARD GREAVES | CASE NO. 18-14407 |
| Debtor | CHAPTER 13 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this 28th day of August, 2019, upon consideration of the Motion of Branch Banking and Trust Company ("Movant") for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(d)(1), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to take all necessary action to exercise its rights and remedies under its loan documents with the Debtor and under applicable law with respect to that certain 2018 Mitsubishi Outlander owed by the Debtor.

FURTHER ORDERED that Rule 4001(a)(3) should not be applicable to this Order and Movant should be allowed to immediately enforce and implement this Order.

_____
Hon. Jean K. FitzSimon, U.S.B.J.