| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 18-14407-AMC**

RICHARD B GREAVES
100 E GLENOLDEN AVENUE, UNIT U-10
GLENOLDEN  PA    19036

Petition Filed Date: 06/30/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 02/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $285.00 | 1387205924 | 02/05/2019 | $285.00 | 1387206043 | 03/07/2019 | $195.00 | 1387206119 |
| 04/02/2019 | $195.00 | 1387206223 | 05/01/2019 | $195.00 | 1387206309 | 06/04/2019 | $195.00 | 1387206440 |
| 07/08/2019 | $195.00 | 1387206542 | 08/05/2019 | $195.00 | 1387206648 | 09/05/2019 | $195.00 | 26073304806 |
| 12/03/2019 | $195.00 | 26277981377 | 12/26/2019 | $195.00 | 26277982356 | 01/31/2020 | $195.00 | 26277992133 |
| 02/28/2020 | $195.00 | 26277999298 | 03/30/2020 | $195.00 | 26544634367 | 04/29/2020 | $195.00 | 26544641938 |
| 06/01/2020 | $195.00 | 26544644695 | 07/06/2020 | $195.00 | 26675737874 | 07/31/2020 | $195.00 | 26675745996 |

**Total Receipts for the Period: $3,690.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONTEMPORARY VILLAGES CONDOMINIUM<br>»»  002 | Secured Creditors | $10,003.26 | $3,731.01 | $6,272.25 |
| 3 | BANK OF AMERICA NA<br>»»  003 | Unsecured Creditors | $4,127.80 | $0.00 | $4,127.80 |
| 4 | BRANCH BANKING & TRUST CO<br>»»  004 | Unsecured Creditors | $11,127.51 | $0.00 | $11,127.51 |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»»  005 | Mortgage Arrears | $743.21 | $743.21 | $0.00 |
| 1 | SPECIALIZED LOAN SERVICING LLC<br>»»  001 | Unsecured Creditors | $7,606.84 | $0.00 | $7,606.84 |
| 6 | ZACHARY PERLICK ESQ<br>»»  006 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-14407-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,080.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $4,474.22 | Arrearages: | $105.00 |
| Paid to Trustee: | $430.28 | Total Plan Base: | $12,010.00 |
| Funds on Hand: | $175.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.