Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
Chapter 13 Case No. 18-14407-AMC

RICHARD B GREAVES  
100 E GLENOLDEN AVENUE, UNIT U-10  
GLENOLDEN  PA    19036

Petition Filed Date: 06/30/2018  
341 Hearing Date: 09/07/2018  
Confirmation Date: 02/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $195.00 | 26277992133 | 02/28/2020 | $195.00 | 26277999298 | 03/30/2020 | $195.00 | 26544634367 |
| 04/29/2020 | $195.00 | 26544641938 | 06/01/2020 | $195.00 | 26544644695 | 07/06/2020 | $195.00 | 26675737874 |
| 07/31/2020 | $195.00 | 26675745996 | 08/28/2020 | $195.00 | 26881130518 | 09/30/2020 | $195.00 | 26881133534 |
| 11/02/2020 | $195.00 | 27046278257 | 12/01/2020 | $195.00 | 27046281025 | 01/06/2021 | $195.00 | 27046295087 |
| 01/29/2021 | $195.00 | 27192353567 | 03/08/2021 | $195.00 | 27192365100 | 04/05/2021 | $195.00 | 27192372412 |
| 04/30/2021 | $195.00 | 27224685360 | 06/01/2021 | $585.00 | 27224697025 | | | |

**Total Receipts for the Period: $3,705.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,420.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CONTEMPORARY VILLAGES CONDOMINIUM<br>»»  002 | Secured Creditors | $10,003.26 | $5,526.96 | $4,476.30 |
| 3 | BANK OF AMERICA NA<br>»»  003 | Unsecured Creditors | $4,127.80 | $0.00 | $4,127.80 |
| 4 | BRANCH BANKING & TRUST CO<br>»»  004 | Unsecured Creditors | $11,127.51 | $0.00 | $11,127.51 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»»  005 | Mortgage Arrears | $743.21 | $743.21 | $0.00 |
| 1 | SPECIALIZED LOAN SERVICING LLC<br>»»  001 | Unsecured Creditors | $7,606.84 | $0.00 | $7,606.84 |
| 6 | ZACHARY PERLICK ESQ<br>»»  006 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-14407-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,420.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $6,270.17 | Arrearages: | ($285.00) |
| Paid to Trustee: | $623.33 | Total Plan Base: | $12,010.00 |
| Funds on Hand: | $526.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.