Certificate Number: 05781-PAE-DE-035848106

Bankruptcy Case Number: 18-14407



05781-PAE-DE-035848106

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2021, at 2:34 o'clock PM PDT, Richard Greaves completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 19, 2021        By:   /s/Allison M Geving

                             Name:  Allison M Geving

                             Title: President