| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 18-14407-AMC**

RICHARD B GREAVES
100 E GLENOLDEN AVENUE, UNIT U-10
GLENOLDEN  PA    19036

Petition Filed Date: 06/30/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 02/06/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $195.00 | 27192372412 | 04/30/2021 | $195.00 | 27224685360 | 06/01/2021 | $585.00 | 27224697025 |
| 06/29/2021 | $195.00 | 27464656713 | 07/30/2021 | $195.00 | 27464668031 | 08/27/2021 | $195.00 | 27464673251 |
| 09/28/2021 | $195.00 | 27580710565 | 11/01/2021 | $195.00 | 27580719374 | 12/06/2021 | $195.00 | 27580723828 |
| 01/03/2022 | $195.00 | 27764436936 | 02/02/2022 | $195.00 | 27764443326 | 02/23/2022 | $195.00 | 27764433382 |
| 04/04/2022 | $195.00 | 27921163105 | 04/26/2022 | $195.00 | 27921171497 | 05/31/2022 | $195.00 | 28128927396 |
| 07/05/2022 | $195.00 | 28128933720 | 07/25/2022 | $195.00 | 28128940784 | | | |

**Total Receipts for the Period: $3,705.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | CONTEMPORARY VILLAGES CONDOMINIUM<br>»» 002 | Secured Creditors | $10,003.26 | $8,370.06 | $1,633.20 |
| 3 | BANK OF AMERICA NA<br>»» 003 | Unsecured Creditors | $4,127.80 | $0.00 | $4,127.80 |
| 4 | BRANCH BANKING & TRUST CO<br>»» 004 | Unsecured Creditors | $11,127.51 | $0.00 | $11,127.51 |
| 5 | SPECIALIZED LOAN SERVICING LLC<br>»» 005 | Mortgage Arrears | $743.21 | $743.21 | $0.00 |
| 1 | SPECIALIZED LOAN SERVICING LLC<br>»» 001 | Unsecured Creditors | $7,606.84 | $0.00 | $7,606.84 |
| 6 | ZACHARY PERLICK ESQ<br>»» 006 | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-14407-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,150.00 | Current Monthly Payment: | $195.00 |
| Paid to Claims: | $9,113.27 | Arrearages: | ($285.00) |
| Paid to Trustee: | $857.33 | Total Plan Base: | $12,010.00 |
| Funds on Hand: | $179.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.