**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| RICHARD B GREAVES, | : | |
| DEBTOR(S) | : | Bankruptcy No. 18-14407 - AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

**PRAECIPE**

Please withdraw the Chapter 13 Trustee's Final Cure Notice filed on or about July 26, 2023 at docket entry number 71 in the above referenced case. This document was filed with the incorrect name of the creditor.

Respectfully submitted,

July 27, 2023

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.
Chapter 13 Standing Trustee
Info@ReadingCh13.com
610-779-1313