United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14407-amc |
| Richard B. Greaves | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 26, 2023 | Form ID: 138OBJ | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard B. Greaves, 100 E. Glenolden Avenue, Unit U-10, Glenolden, PA 19036-2242 |
| 14159677 | + | Contemporary Villages Condominium, 100 E. Glenolden Ave., Glenolden, PA 19036-2208 |
| 14159678 | + | Keystone 65, 1901 Market Street, Philadelphia, PA 19103-1496 |
| 14159680 | | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14165760 | + | U.S. Bank National Association as trustee on, behalf of First Franklin Mortg 2006-FF14, c/o REBECCA ANN SOLARZ, 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14209532 | + | Wells Fargo Bank, N.A.,, for First Franklin Mortg Loan 2006-FFA, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 27 2023 07:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 27 2023 07:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14169597 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2023 07:31:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14159676 | | Email/Text: bankruptcy@bbandt.com | Jul 27 2023 07:31:00 | BB&T, POB 580048, Charlotte, NC 28258-0048 |
| 14452377 | + | Email/Text: bankruptcy@bbandt.com | Jul 27 2023 07:31:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 14182318 | + | Email/Text: bankruptcy@bbandt.com | Jul 27 2023 07:31:00 | BB&T, Bankruptcy Section, 100-50-01-51, P.O. box 1847, Wilson, NC 27894-1847 |
| 14179439 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 27 2023 07:31:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14169596 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 27 2023 07:31:00 | IC System, 444 Highway 96 East, PO Box 64378, Saint Paul, MN 55164-0378 |
| 14159679 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 07:31:00 | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14193261 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 27 2023 07:31:00 | U.S. Bank National Association, as trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14161797 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 27 2023 07:31:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 11

District/off: 0313-2 User: admin Page 2 of 3
Date Rcvd: Jul 26, 2023 Form ID: 138OBJ Total Noticed: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14164478 | * | BB&T, POB 580048, Charlotte, NC 28258-0048 |
| 14168315 | * | BB&T, POB 580048, Charlotte, NC 28258-0048 |
| 14164479 | *+ | Contemporary Villages Condominium, 100 E. Glenolden Ave., Glenolden, PA 19036-2208 |
| 14168316 | *+ | Contemporary Villages Condominium, 100 E. Glenolden Ave., Glenolden, PA 19036-2208 |
| 14164480 | *+ | Keystone 65, 1901 Market Street, Philadelphia, PA 19103-1496 |
| 14168317 | *+ | Keystone 65, 1901 Market Street, Philadelphia, PA 19103-1496 |
| 14164481 | * | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14168318 | * | Select Portfolio Servicing, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14164482 | * | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14168319 | * | Specialized Loan Servicing, LLC, 8472 Lucent Blvd., Suite 300, Littleton, CO 80129 |
| 14161798 | *+ | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2023 at the address(es) listed below:

**Name** — **Email Address**

BERNADETTE IRACE
on behalf of Creditor U.S. Bank National Association  as trustee, birace@milsteadlaw.com, bkecf@milsteadlaw.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID JON BYRNE
on behalf of Creditor Contemporary Villages Condominium Association djb@ansellgrimm.com  rbl@ansellgrimm.com

KEVIN G. MCDONALD
on behalf of Defendant WELLS FARGO BANK   N.A bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA bkgroup@kmllawgroup.com

PETER E. MELTZER
on behalf of Creditor Branch Banking & Trust bankruptcy@wglaw.com  ibernatski@wglaw.com

REBECCA ANN SOLARZ
on behalf of Defendant WELLS FARGO BANK   N.A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROGER FAY
on behalf of Creditor U.S. Bank National Association  as trustee, rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROGER FAY
on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the First Franklin Mortgage Loan

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 26, 2023 | Form ID: 138OBJ | Total Noticed: 17

Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Plaintiff Richard B. Greaves Perlick@verizon.net
    pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
    on behalf of Debtor Richard B. Greaves Perlick@verizon.net
    pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard B. Greaves

      Debtor(s)

Case No: 18−14407−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/26/23