| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-14407-AMC

RICHARD B GREAVES
100 E GLENOLDEN AVENUE, UNIT U-10
GLENOLDEN  PA   19036

Petition Filed Date: 06/30/2018
341 Hearing Date: 09/07/2018
Confirmation Date: 02/06/2019

Case Status: Completed on 7/13/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2022 | $195.00 | 28128948412 | 11/01/2022 | $195.00 | 28271844101 | 12/02/2022 | $195.00 | 28421426867 |
| 01/03/2023 | $195.00 | 28421432897 | 01/30/2023 | $195.00 | 28421444215 | 03/06/2023 | $195.00 | 28575477134 |
| 04/03/2023 | $195.00 | 28575483985 | 05/02/2023 | $195.00 | 28575492974 | 05/31/2023 | $195.00 | 28771600577 |
| 07/05/2023 | $195.00 | 28771611816 | 07/13/2023 | $195.00 | 28771619545 | | | |

**Total Receipts for the Period:  $2,145.00    Amount Refunded to Debtor Since Filing:  $285.00   Total Receipts Since Filing: $12,295.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | CONTEMPORARY VILLAGES CONDOMINIUM  »» 002 | Secured Creditors | $10,003.26 | $10,003.26 | $0.00 |
| 3 | BANK OF AMERICA NA  »» 003 | Unsecured Creditors | $4,127.80 | $45.23 | $4,082.57 |
| 4 | BRANCH BANKING & TRUST CO  »» 004 | Unsecured Creditors | $11,127.51 | $121.93 | $11,005.58 |
| 5 | SELECT PORTFOLIO SERVICING INC  »» 005 | Mortgage Arrears | $743.21 | $743.21 | $0.00 |
| 1 | SPECIALIZED LOAN SERVICING LLC  »» 001 | Unsecured Creditors | $7,606.84 | $83.35 | $7,523.49 |
| 6 | ZACHARY PERLICK ESQ  »» 006 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD B GREAVES | Debtor Refunds | $285.00 | $285.00 | $0.00 |

**Chapter 13 Case No. 18-14407-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,295.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $11,281.98 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,013.02 | Total Plan Base: | $12,010.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.