United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-14407-amc |
| Richard B. Greaves | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard B. Greaves, 100 E. Glenolden Avenue, Unit U-10, Glenolden, PA 19036-2242 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 08 2023 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2023 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BERNADETTE IRACE | on behalf of Creditor U.S. Bank National Association  as trustee, birace@milsteadlaw.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the First Franklin Mortgage Loan |

Case 18-14407-amc    Doc 81    Filed 09/10/23    Entered 09/11/23 00:27:19    Desc Imaged
Certificate of Notice    Page 2 of 3

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 08, 2023 | Form ID: 138FIN | Total Noticed: 3 |

Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DAVID JON BYRNE
on behalf of Creditor Contemporary Villages Condominium Association djb@ansellgrimm.com rbl@ansellgrimm.com

KEVIN G. MCDONALD
on behalf of Defendant WELLS FARGO BANK  N.A bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for First Franklin Mortgage Loan Trust 2006-FFA bkgroup@kmllawgroup.com

PETER E. MELTZER
on behalf of Creditor Branch Banking & Trust bankruptcy@wglaw.com ibernatski@wglaw.com

REBECCA ANN SOLARZ
on behalf of Defendant WELLS FARGO BANK  N.A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROGER FAY
on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the First Franklin Mortgage Loan Trust 2006-FF14 Mortgage Pass-Through Certificates, Series 2006-FF14 rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROGER FAY
on behalf of Creditor U.S. Bank National Association  as trustee, rfay@milsteadlaw.com, bkecf@milsteadlaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
on behalf of Plaintiff Richard B. Greaves Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

ZACHARY PERLICK
on behalf of Debtor Richard B. Greaves Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Richard B. Greaves

    Debtor(s)

Case No: 18−14407−amc

Chapter: 13

---

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/8/23

80 − 79
Form 138FIN